PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FAMILY HEALTH PHYSICAL MEDICINE, LLC, | ) ) | |
| | ) | CASE NO. 4:21CV820 |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGE BENITA Y. PEARSON |
| SELECT MEDICAL CORPORATION, | ) ) | |
| | ) | **ORDER OF DISMISSAL** |
| Defendant. | ) | [Regarding ECF No. 21] |

On February 24, 2022, the parties notified the Court "that this matter has been resolved and the parties are finalizing documentation and expect to file a stipulation of dismissal with prejudice in the near future." ECF No. 21 at PageID #: 92. Therefore, the docket shall be marked "settled and dismissed without prejudice." On or before March 28, 2022, the parties shall submit a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this Order.

All upcoming case management dates are vacated.

IT IS SO ORDERED.

| | |
|---|---|
| February 24, 2022 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |