**Approved.**
*/s/ Benita Y. Pearson on 4/25/2022*
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| FAMILY HEALTH PHYSICAL MEDICINE, LLC, et al., | CASE NO. 4:21-CV-00820 |
| Plaintiff, | Judge Benita Y. Pearson |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| SELECT MEDICAL CORPORATION, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their respective counsel, agree and stipulate that the above-styled action should be dismissed with prejudice, with each party to bear its own costs.

Dated: April 1, 2022

Stipulated by:

*/s/ Matthew E. Stubbs*
George D. Jonson
Matthew E. Stubbs
MONTGOMERY JONSON LLP
600 Vine Street, Suite 2650
Cincinnati, OH 452A02
gjonson@mojolaw.com
mstubbs@mojolaw.com

*Attorneys for Plaintiff*

Stipulated by:

*/s/ Thomas R. Simmons*
Thomas R. Simmons
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Tel: 216.592.5000
Fax: 216.592.5009
thomas.simmons@tuckerellis.com

*Attorneys for Select Medical Corporation and NovaCare Rehabilitation of Ohio, Inc.*

AND NOW, this ___ day of _____, 2022, it is SO ORDERED.

_____
Honorable Benita Y. Pearson